**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF**

**ILL., 750 MISSOURI AVENUE,**

**EAST ST. LOUIS, ILL., 62201**

*21-01255-JPG*

**(CONTESTING-CANDIDATE!! 12TH.
DIST. ILL.DEM.))**

**RABBI K. GARTH RICHARDSON, )**

**RABBI K. A. ISRAEL, )**

*Q.*

**RABBI KOHEN COHEN KOHAN COHAIN GADOL,)
P.O. BOX 1223, ALORTON,) ILL., 62207, (618)
920-1348,   05/02/2021   )   (CONTESTING-
CANDIDATE!!          12TH.          DIST.
ILL.DEM.)_____PLAINTIFF**

*ORIG.*

**VERSUS )**

**NAZIISM IN AMERICA, NAZI MEMBERSHIP AND COLLABORATION
BY GOVERNMENT,**

**UNITED STATES DISTRICT COURT ) FOR THE SOUTHERN DISTRICT
OF ILL.,)  750 MISSOURI AVENUE, ) EAST ST. LOUIS, ILL., 62201
ATTORNEY GENERAL MERRICK GARLAND, ) U.S.D.O.J. HDQTRS., )**

**950 PENNSYLVANIA AVENUE, N.W., WASHNGTON, D.C,**

**20510__(DEFENDANTS)__ $$1,500,000.00 RESTITUTION SOUGHT**

**(1.) VIOLATIONS OF LAW COMMITTED BY THE COURT:**

**NAZI MEMBERSHIP AND COLLABORATION BY GOVERNMENT,**

**(1.)) NAZIISM: IN AMERICA!!!** *"National Socialism"* and
*"Nazi,"National Socialism,"Hitlerism"* . *political positions of the
person Adolf Hitler, Political views of Adolf Hitler*. PROUD-BOYS;
**[A]lmost all essential elements of ... Nazi ideology were to be
found in the radical positions of ideological protest movements
[in pre-1914 Germany]. These were: a virulent anti-Semitism, a**

blood-and-soil ideology, the notion of a master race, [and] the idea of territorial acquisition and settlement in the East. These ideas were embedded in a popular nationalism which was vigorously anti-modernist, anti-humanist and pseudo-religious.[66]

Brought together, the result was an anti-intellectual and politically semi-illiterate ideology lacking cohesion, a product of mass culture which allowed its followers emotional attachment and offered a simplified and easily-digestible world-view based on a political mythology for the masses.[66]

Völkisch nationalism
*Further information: German Question, German nationalism, Pan-Germanism, Unification of Germany, and Völkisch movement*

Johann Gottlieb Fichte, considered one of the fathers of German nationalism

One of the most significant ideological influences on the Nazis was the German nationalist Johann Gottlieb Fichte, whose works had served as an inspiration to Hitler and other Nazi Party members, including Dietrich Eckart and Arnold Fanck.[67] In *Speeches to the German Nation* (1808), written amid Napoleonic France's occupation of Berlin, Fichte called for a German national revolution against the French occupiers, making passionate public speeches, arming his students for battle against the French and stressing the need for action by the German nation so it could free itself.[68] Fichte's nationalism was populist and opposed to traditional elites, spoke of the need for a "People's War" (*Volkskrieg*) and put forth concepts similar to those which the Nazis adopted.[68] Fichte promoted German exceptionalism

(2.)

and stressed the need for the German nation to purify itself (including purging the German language of French words, a policy that the Nazis undertook upon their rise to power).[68]

Another important figure in pre-Nazi *völkisch* thinking was Wilhelm Heinrich Riehl, whose work—*Land und Leute* (*Land and People*, written between 1857 and 1863)—collectively tied the organic German Volk to its native landscape and nature, a pairing which stood in stark opposition to the mechanical and materialistic civilisation which was then developing as a result of industrialisation.[69] Geographers Friedrich Ratzel and Karl Haushofer borrowed from Riehl's work as did Nazi ideologues Alfred Rosenberg and Paul Schultze-Naumburg, both of whom employed some of Riehl's philosophy in arguing that "each nation-state was an organism that required a particular living space in order to survive".[70] Riehl's influence is overtly discernible in the *Blut und Boden* (*Blood and Soil*) philosophy introduced by Oswald Spengler, which the Nazi agriculturalist Walther Darré and other prominent Nazis adopted.[71][72]

*Völkisch* nationalism denounced soulless materialism, individualism and secularised urban industrial society, while advocating a "superior" society based on ethnic German "folk" culture and German "blood".[73] It denounced foreigners and foreign ideas and declared that Jews, Freemasons and others were "traitors to the nation" and unworthy of inclusion.[74] *Völkisch* nationalism saw the world in terms of natural law and romanticism and it viewed societies as organic, extolling the virtues of rural life, condemning the neglect of tradition and the decay of morals, denounced the destruction of the natural environment and condemned "cosmopolitan" cultures such as Jews and Romani.[75]

The first party that attempted to combine nationalism and socialism was the (Austria-Hungary) German Workers' Party, which predominantly aimed to solve the conflict between the Austrian Germans and the Czechs in the multi-ethnic

(3.)

**Austrian Empire**, then part of **Austria-Hungary**.**[76]** In 1896 the German politician Friedrich Naumann formed the National-Social Association which aimed to combine German nationalism and a non-Marxist form of socialism together; the attempt turned out to be futile and the idea of linking nationalism with socialism quickly became equated with antisemites, extreme German nationalists and the *völkisch* movement in general.**[31]**

**Georg Ritter von Schönerer**, a major exponent of Pan-Germanism

During the era of the **German Empire**, *völkisch* nationalism was overshadowed by both Prussian patriotism and the federalist tradition of its various component states.**[77]** The events of World War I, including the end of the Prussian monarchy in Germany, resulted in a surge of revolutionary *völkisch* nationalism.**[78]** The Nazis supported such revolutionary *völkisch* nationalist policies**[77]** and they claimed that their ideology was influenced by the leadership and policies of **German Chancellor Otto von Bismarck**, who was instrumental in founding the **German Empire**.**[79]** The Nazis declared that they were dedicated to continuing the process of creating a unified German **nation state** that Bismarck had begun and desired to achieve.**[80]** While Hitler was supportive of Bismarck's creation of the German Empire, he was critical of Bismarck's moderate domestic policies.**[81]** On the issue of Bismarck's support of a *Kleindeutschland* ("Lesser Germany", excluding Austria) versus the Pan-German *Großdeutschland* ("Greater Germany") which the Nazis advocated, Hitler stated that Bismarck's attainment of *Kleindeutschland* was the "highest achievement" Bismarck could have achieved "within the limits possible at that time".**[81]**131/> In *Mein Kampf* (*My Struggle*), Hitler presented himself as a "second Bismarck".**[82]**

During his youth in Austria, Hitler was politically influenced by Austrian Pan-Germanist proponent **Georg Ritter von Schönerer**,

(4.)

who advocated radical German nationalism, antisemitism, anti-Catholicism, anti-Slavic sentiment and anti-Habsburg views.[83] From von Schönerer and his followers, Hitler adopted for the Nazi movement the *Heil* greeting, the *Führer* title and the model of absolute party leadership.[83] Hitler was also impressed by the populist antisemitism and the anti-liberal bourgeois agitation of Karl Lueger, who as the mayor of Vienna during Hitler's time in the city used a rabble-rousing style of oratory that appealed to the wider masses.[84] Unlike von Schönerer, Lueger was not a German nationalist and instead was a pro-Catholic Habsburg supporter and only used German nationalist notions occasionally for his own agenda.[84] Although Hitler praised both Lueger and Schönerer, he criticised the former for not applying a racial doctrine against the Jews and Slavs.[85]

**Racial theories and antisemitism**
*Main article: Nazism and race*

Arthur de Gobineau, one of the key inventors of the theory of the "Aryan race"

The concept of the Aryan race, which the Nazis promoted, stems from racial theories asserting that Europeans are the descendants of Indo-Iranian settlers, people of ancient India and ancient Persia.[86] Proponents of this theory based their assertion on the fact that words in European languages and words in Indo-Iranian languages have similar pronunciations and meanings.[86] Johann Gottfried Herder argued that the Germanic peoples held close racial connections to the ancient Indians and the ancient Persians, who he claimed were advanced peoples that possessed a great capacity for wisdom, nobility, restraint and science.[86] Contemporaries of Herder used the concept of the Aryan race to draw a distinction between what they deemed to be "high and noble" Aryan culture versus that of "parasitic" Semitic culture.[86]          (5.)

Notions of white supremacy and Aryan racial superiority were combined in the 19th century, with white supremacists maintaining the belief that certain groups of white people were members of an Aryan "master race" that is superior to other races and particularly superior to the Semitic race, which they associated with "cultural sterility".[86] Arthur de Gobineau, a French racial theorist and aristocrat, blamed the fall of the *ancien régime* in France on racial degeneracy caused by racial intermixing, which he argued had destroyed the purity of the Aryan race, a term which he only reserved for Germanic people.[87][88] Gobineau's theories, which attracted a strong following in Germany,[87] emphasised the existence of an irreconcilable polarity between Aryan (Germanic) and Jewish cultures.[86]

Houston Stewart Chamberlain, whose book *The Foundations of the Nineteenth Century* would prove to be a seminal work in the history of German nationalism

Aryan mysticism claimed that Christianity originated in Aryan religious traditions, and that Jews had usurped the legend from Aryans.[86] Houston Stewart Chamberlain, an English-born German proponent of racial theory, supported notions of Germanic supremacy and antisemitism in Germany.[87] Chamberlain's work, *The Foundations of the Nineteenth Century* (1899), praised Germanic peoples for their creativity and idealism while asserting that the Germanic spirit was threatened by a "Jewish" spirit of selfishness and materialism.[87] Chamberlain used his thesis to promote monarchical conservatism while denouncing democracy, liberalism and socialism.[87] The book became popular, especially in Germany.[87] Chamberlain stressed a nation's need to maintain its racial purity in order to prevent its degeneration and argued that racial intermingling with Jews should never be permitted.[87]                    (7.)

In 1923, Chamberlain met Hitler, whom he admired as a leader of the rebirth of the free spirit.[89] Madison Grant's work *The Passing of the Great Race* (1916) advocated Nordicism and proposed that a eugenics program should be implemented in order to preserve the purity of the Nordic race. After reading the book, Hitler called it "my Bible".[90]

In Germany, the belief that Jews were economically exploiting Germans became prominent due to the ascendancy of many wealthy Jews into prominent positions upon the unification of Germany in 1871.[91] From 1871 to the early 20th century, German Jews were overrepresented in Germany's upper and middle classes while they were underrepresented in Germany's lower classes, particularly in the fields of agricultural and industrial labour.[92] German Jewish financiers and bankers played a key role in fostering Germany's economic growth from 1871 to 1913 and they benefited enormously from this boom. In 1908, amongst the twenty-nine wealthiest German families with aggregate fortunes of up to 55 million marks at the time, five were Jewish and the Rothschilds were the second wealthiest German family.[93] The predominance of Jews in Germany's banking, commerce and industry sectors during this time period was very high, even though Jews were estimated to account for only 1% of the population of Germany.[91] The overrepresentation of Jews in these areas fuelled resentment among non-Jewish Germans during periods of economic crisis.[92] The 1873 stock market crash and the ensuing depression resulted in a spate of attacks on alleged Jewish economic dominance in Germany and antisemitism increased.[92] During this time period, in the 1870s, German *völkisch* nationalism began to adopt antisemitic and racist themes and it was also adopted by a number of radical right political movements.[94]

Radical antisemitism was promoted by prominent advocates of *völkisch* nationalism, including Eugen Diederichs, Paul de Lagarde and Julius Langbehn.[75]        (7.)

De Lagarde called the Jews a "bacillus, the carriers of decay ... who pollute every national culture ... and destroy all faiths with their materialistic liberalism" and he called for the extermination of the Jews.[95] Langbehn called for a war of annihilation against the Jews, and his genocidal policies were later published by the Nazis and given to soldiers on the front during World War II.[95] One antisemitic ideologue of the period, Friedrich Lange, even used the term "National Socialism" to describe his own anti-capitalist take on the *völkisch* nationalist template.[96]

Johann Gottlieb Fichte accused Jews in Germany of having been and inevitably of continuing to be a "state within a state" that threatened German national unity.[68] Fichte promoted two options in order to address this, his first one being the creation of a Jewish state in Palestine so the Jews could be impelled to leave Europe.[97] His second option was violence against Jews and he said that the goal of the violence would be "to cut off all their heads in one night, and set new ones on their shoulders, which should not contain a single Jewish idea".[97]

*The Protocols of the Elders of Zion* (1912) is an antisemitic forgery created by the secret service of the Russian Empire, the Okhrana. Many antisemites believed it was real and thus it became widely popular after World War I.[98] *The Protocols* claimed that there was a secret international Jewish conspiracy to take over the world.[99] Hitler had been introduced to *The Protocols* by Alfred Rosenberg and from 1920 onwards he focused his attacks by claiming that Judaism and Marxism were directly connected, that Jews and Bolsheviks were one and the same and that Marxism was a Jewish ideology-this became known as "Jewish Bolshevism".[100] Hitler believed that *The Protocols* were authentic.[101]

Prior to the Nazi ascension to power, Hitler often blamed moral degradation on *Rassenschande* ("racial defilement"), a way to assure his followers of his continuing antisemitism, which had been toned down for popular consumption.[102] Prior to the induction of the Nuremberg Race Laws in 1935 by the Nazis, (8.)

many German nationalists such as Roland Freisler strongly supported laws to ban *Rassenschande* between Aryans and Jews as racial treason.[102] Even before the laws were officially passed, the Nazis banned sexual relations and marriages between party members and Jews.[103] Party members found guilty of *Rassenschande* were severely punished; some party members were even sentenced to death.[104]

The Nazis claimed that Bismarck was unable to complete German national unification because Jews had infiltrated the German parliament and they claimed that their abolition of parliament had ended this obstacle to unification.[79] Using the stab-in-the-back myth, the Nazis accused Jews—and other populations who it considered non-German—of possessing extra-national loyalties, thereby exacerbating German antisemitism about the *Judenfrage* (the Jewish Question), the far-right political canard which was popular when the ethnic *völkisch* movement and its politics of Romantic nationalism for establishing a *Großdeutschland* was strong.[105][106]

Nazism's racial policy positions may have developed from the views of important biologists of the 19th century, including French biologist Jean-Baptiste Lamarck, through Ernst Haeckel's idealist version of Lamarckism and the father of genetics, German botanist Gregor Mendel.[107] Haeckel's works were later condemned by the Nazis as inappropriate for "National-Socialist formation and education in the Third Reich". This may have been because of his "monist" atheistic, materialist philosophy, which the Nazis disliked, along with his friendliness to Jews, opposition to militarism and support altruism, with one Nazi official calling for them to be banned.[108] Unlike Darwinian theory, Lamarckian theory officially ranked races in a hierarchy of evolution from apes while Darwinian theory did not grade races in a hierarchy of higher or lower evolution from apes, but simply stated that all humans as a whole had progressed in their evolution from apes.[107] Many Lamarckians viewed "lower"

(9.)

races as having been exposed to debilitating conditions for too long for any significant "improvement" of their condition to take place in the near future.[109] Haeckel used Lamarckian theory to describe the existence of interracial struggle and put races on a hierarchy of evolution, ranging from wholly human to subhuman.[107]

Mendelian inheritance, or Mendelism, was supported by the Nazis, as well as by mainstream eugenicists of the time. The Mendelian theory of inheritance declared that genetic traits and attributes were passed from one generation to another.[110] Eugenicists used Mendelian inheritance theory to demonstrate the transfer of biological illness and impairments from parents to children, including mental disability, whereas others also used Mendelian theory to demonstrate the inheritance of social traits, with racialists claiming a racial nature behind certain general traits such as inventiveness or criminal behaviour.[111]

Use of the American racist model; PROUD-BOYS-MODEL.

Hitler and other Nazi legal theorists were inspired by America's institutional racism and saw it as the model to follow. In particular, they saw it as a model for the expansion of territory and the elimination of indigenous inhabitants therefrom, for laws denying full citizenship for blacks, which they wanted to implement also against Jews, and for racist immigration laws banning some races. In "Mein Kampf" Hitler extolled America as the only contemporary example of a country with racist ("völkisch") citizenship statutes in the 1920s, and Nazi lawyers made use of the American models in crafting laws for Nazi Germany.[112] U.S. citizenship laws and anti-miscegenation laws directly inspired the two principal Nuremberg Laws—the Citizenship Law and the Blood Law.[112]

Response to World War I and Italian Fascism; PROUD BOYS;

During World War I, German sociologist Johann Plenge spoke of the rise of a "National Socialism" in Germany within what he

(10.)

termed the "ideas of 1914" that were a declaration of war against the "ideas of 1789" (the French Revolution).[113] According to Plenge, the "ideas of 1789" which included the rights of man, democracy, individualism and liberalism were being rejected in favour of "the ideas of 1914" which included the "German values" of duty, discipline, law and order.[113] Plenge believed that ethnic solidarity (*Volksgemeinschaft*) would replace class division and that "racial comrades" would unite to create a socialist society in the struggle of "proletarian" Germany against "capitalist" Britain.[113] He believed that the "Spirit of 1914" manifested itself in the concept of the "People's League of National Socialism".[114] This National Socialism was a form of state socialism that rejected the "idea of boundless freedom" and promoted an economy that would serve the whole of Germany under the leadership of the state.[114] This National Socialism was opposed to capitalism due to the components that were against "the national interest" of Germany, but insisted that National Socialism would strive for greater efficiency in the economy.[114] Plenge advocated an authoritarian, rational ruling elite to develop National Socialism through a hierarchical technocratic state,[115] and his ideas were part of the basis of Nazism.[113]


## Oswald Spengler, a philosopher of history

Oswald Spengler, a German cultural philosopher, was a major influence on Nazism, although after 1933 he became alienated from Nazism and was later condemned by the Nazis for criticising Adolf Hitler.[116] Spengler's conception of national socialism and a number of his political views were shared by the Nazis and the Conservative Revolutionary movement.[117] Spengler's views were also popular amongst Italian Fascists, including Benito Mussolini.[118]

Spengler's book *The Decline of the West* (1918), written during the final months of World War I, addressed the supposed (11.)

decadence of modern European civilisation, which he claimed was caused by atomising and irreligious individualisation and cosmopolitanism.[116] Spengler's major thesis was that a law of historical development of cultures existed involving a cycle of birth, maturity, ageing and death when it reaches its final form of civilisation.[116] Upon reaching the point of civilisation, a culture will lose its creative capacity and succumb to decadence until the emergence of "barbarians" creates a new epoch.[116] Spengler considered the Western world as having succumbed to decadence of intellect, money, cosmopolitan urban life, irreligious life, atomised individualisation and believed that it was at the end of its biological and "spiritual" fertility.[116] He believed that the "young" German nation as an imperial power would inherit the legacy of Ancient Rome, lead a restoration of value in "blood" and instinct, while the ideals of rationalism would be revealed as absurd.[116]

Spengler's notions of "Prussian socialism" as described in his book *Preussentum und Sozialismus* ("Prussiandom and Socialism", 1919), influenced Nazism and the Conservative Revolutionary movement.[117] Spengler wrote: "The meaning of socialism is that life is controlled not by the opposition between rich and poor, but by the rank that achievement and talent bestow. That is *our* freedom, freedom from the economic despotism of the individual".[117] Spengler adopted the anti-English ideas addressed by Plenge and Sombart during World War I that condemned English liberalism and English parliamentarianism while advocating a national socialism that was free from Marxism and that would connect the individual to the state through corporatist organisation.[116] Spengler claimed that socialistic Prussian characteristics existed across Germany, including creativity, discipline, concern for the greater good, productivity and self-sacrifice.[119] He prescribed war as a necessity by saying: "War is the eternal form of higher human existence and states exist for war: they are the expression of the will to war".[120]                    (12.)

The **Marinebrigade Erhardt** during the **Kapp Putsch** in Berlin, 1920[121] (the Marinebrigade Erhardt used the swastika as its symbol, as seen on their helmets and on the truck, which inspired the Nazi Party to adopt it as the movement's symbol)

Spengler's definition of socialism did not advocate a change to property relations.[117] He denounced **Marxism** for seeking to train the proletariat to "expropriate the expropriator", the capitalist and then to let them live a life of leisure on this expropriation.[122] He claimed that "Marxism is the capitalism of the working class" and not true socialism.[122] According to Spengler, true socialism would be in the form of corporatism, stating that "local corporate bodies organised according to the importance of each occupation to the people as a whole; higher representation in stages up to a supreme council of the state; mandates revocable at any time; no organised parties, no professional politicians, no periodic elections".[123]


The book *Das Dritte Reich* (1923), translated as "The Third Reich", by **Arthur Moeller van den Bruck**

**Wilhelm Stapel,** an antisemitic German intellectual, used Spengler's thesis on the cultural confrontation between Jews as whom Spengler described as a **Magian** people versus **Europeans** as a **Faustian** people.[124] Stapel described Jews as a landless nomadic people in pursuit of an international culture whereby they can integrate into Western civilisation.[124] As such, Stapel claims that Jews have been attracted to "international" versions of socialism, pacifism or capitalism because as a landless people the Jews have transgressed various national cultural boundaries.[124]

**Arthur Moeller van den Bruck** was initially the dominant figure of the Conservative Revolutionaries influenced Nazism.[125] He rejected **reactionary** conservatism while proposing a new state

(13.)

that he coined the "Third Reich", which would unite all classes under authoritarian rule.[126] Van den Bruck advocated a combination of the nationalism of the right and the socialism of the left.[127]

Fascism was a major influence on Nazism. The seizure of power by Italian Fascist leader Benito Mussolini in the March on Rome in 1922 drew admiration by Hitler, who less than a month later had begun to model himself and the Nazi Party upon Mussolini and the Fascists.[128] Hitler presented the Nazis as a form of German fascism.[129][130] In November 1923, the Nazis attempted a "March on Berlin" modelled after the March on Rome, which resulted in the failed Beer Hall Putsch in Munich.[131]

Hitler spoke of Nazism being indebted to the success of Fascism's rise to power in Italy.[132] In a private conversation in 1941, Hitler said that "the brown shirt would probably not have existed without the black shirt", the "brown shirt" referring to the Nazi militia and the "black shirt" referring to the Fascist militia.[132] He also said in regards to the 1920s: "If Mussolini had been outdistanced by Marxism, I don't know whether we could have succeeded in holding out. At that period National Socialism was a very fragile growth".[132]

Other Nazis—especially those at the time associated with the party's more radical wing such as Gregor Strasser, Joseph Goebbels and Heinrich Himmler—rejected Italian Fascism, accusing it of being too conservative or capitalist.[133] Alfred Rosenberg condemned Italian Fascism for being racially confused and having influences from philosemitism.[134] Strasser criticised the policy of *Führerprinzip* as being created by Mussolini and considered its presence in Nazism as a foreign imported idea.[135] Throughout the relationship between Nazi Germany and Fascist Italy, a number of lower-ranking Nazis scornfully viewed fascism as a conservative movement that lacked a full revolutionary potential.[135]

(14.)

**Ideology and programme: PROUD-BOYS;**

**In his book *The Hitler State* (*Der Staat Hitlers*), historian <u>Martin Broszat</u> writes:**

**...National Socialism was not primarily an ideological and programmatic, but a <u>charismatic movement</u>, whose ideology was incorporated in the Führer, Hitler, and which would have lost all its power to integrate without him. ... [T]he abstract, utopian and vague National Socialistic ideology only achieved what reality and certainty it had through the medium of Hitler.**

**Thus, any explication of the ideology of Nazism must be descriptive, as it was not generated primarily from first principles, but was the result of numerous factors, including Hitler's strongly-held personal views, some parts of the <u>25-point plan</u>, the general goals of the *völkische* and nationalist movements, and the conflicts between Nazi Party functionaries who battled "to win [Hitler] over to their respective interpretations of [National Socialism]." Once the Party had been purged of divergant influences such as <u>Strasserism</u>, Hitler was accepted by the Party's leadership as the "supreme authority to rule on ideological matters".<u>[136]</u>**

**Nationalism and racialism**
**Further information: <u>Nazism and race</u> and <u>Racial policy of Nazi Germany</u>**

**Nazism emphasised <u>German nationalism</u>, including both <u>irredentism</u> and <u>expansionism</u>. Nazism held racial theories based upon a belief in the existence of an <u>Aryan master race</u> that was superior to all other races. The Nazis emphasised the existence of racial conflict between the Aryan race and others—particularly Jews, whom the Nazis viewed as a mixed race that had infiltrated multiple societies and was responsible for exploitation and repression of the Aryan race. The Nazis also categorised <u>Slavs</u> as *<u>Untermensch</u>* (sub-human).[137]**

**Wolfgang Bialas argues that the Nazis' sense of morality could be described as a form of procedural virtue ethics, as it  (15.) demanded unconditional obedience to absolute virtues with the**

attitude of social engineering and replaced common sense intuitions with an ideological catalogue of virtues and commands. The ideal Nazi new man was to be race-conscious and an ideologically dedicated warrior who would commit actions for the sake of the German race while at the same time convinced he was doing the right thing and acting morally. The Nazis believed an individual could only develop their capabilities and individual characteristics within the framework of the individual's racial membership; the race one belonged to determined whether or not one was worthy of moral care. The Christian concept of self-denial was to be replaced with the idea of self-assertion towards those deemed inferior. Natural selection and the struggle for existence were declared by the Nazis to be the most divine laws; peoples and individuals deemed inferior were said to be incapable of surviving without those deemed superior, yet by doing so they imposed a burden on the superior. Natural selection was deemed to favour the strong over the weak and the Nazis deemed that protecting those declared inferior was preventing nature from taking its course; those incapable of asserting themselves were viewed as doomed to annihilation, with the right to life being granted only to those who could survive on their own.[138]

Beginning of *Lebensraum*, the Nazi German expulsion of Poles from central Poland, 1939

Irredentism and expansionism

*Further information: Lebensraum*

The German Nazi Party supported German irredentist claims to Austria, Alsace-Lorraine, the region now known as the Czech Republic and the territory known since 1919 as the Polish Corridor. A major policy of the German Nazi Party was *Lebensraum* ("living space") for the German nation based on claims that Germany after World War I was facing an (16.) overpopulation crisis and that expansion was needed to end the

country's overpopulation within existing confined territory, and provide resources necessary to its people's well-being.[139] Since the 1920s, the Nazi Party publicly promoted the expansion of Germany into territories held by the Soviet Union.[140]

In *Mein Kampf*, Hitler stated that *Lebensraum* would be acquired in Eastern Europe, especially Russia.[141] In his early years as the Nazi leader, Hitler had claimed that he would be willing to accept friendly relations with Russia on the tactical condition that Russia agree to return to the borders established by the German–Russian peace agreement of the Treaty of Brest-Litovsk signed by Grigori Sokolnikov of the Russian Soviet Republic in 1918 which gave large territories held by Russia to German control in exchange for peace.[140] In 1921, Hitler had commended the Treaty of Brest-Litovsk as opening the possibility for restoration of relations between Germany and Russia by saying:

Through the peace with Russia the sustenance of Germany as well as the provision of work were to have been secured by the acquisition of land and soil, by access to raw materials, and by friendly relations between the two lands.

—

Adolf Hitler[140]

Topographical map of Europe: the Nazi Party declared support for *Drang nach Osten* (expansion of Germany east to the Ural Mountains), that is shown on the upper right side of the map as a brown diagonal line

From 1921 to 1922, Hitler evoked rhetoric of both the achievement of *Lebensraum* involving the acceptance of a territorially reduced Russia as well as supporting Russian

(17.)

nationals in overthrowing the Bolshevik government and

establishing a new Russian government.[140] Hitler's attitudes changed by the end of 1922, in which he then supported an (alliance of Germany with Britain to destroy Russia.[140] Hitler later declared how far he intended to expand Germany into Russia:

Asia, what a disquieting reservoir of men! The safety of Europe will not be assured until we have driven Asia back behind the Urals. No organized Russian state must be allowed to exist west of that line.

—

Adolf Hitler[142]

Policy for *Lebensraum* planned mass expansion of Germany's borders to eastwards of the Ural Mountains.[142][143] Hitler planned for the "surplus" Russian population living west of the Urals to be deported to the east of the Urals.[144]

Historian Adam Tooze explains that Hitler believed that lebensraum was vital to securing American-style consumer affluence for the German people. In this light, Tooze argues that the view that the regime faced a "guns or butter" contrast is mistaken. While it is true that resources were diverted from civilian consumption to military production, Tooze explains that at a strategic level "guns were ultimately viewed as a means to obtaining more butter."[145]

While the Nazi pre-occupation with agrarian living and food production are often seen as a sign of their backwardness, Tooze explains this was in fact a major driving issue in European society for at least the last two centuries. The issue of how European societies should respond to the new global economy in food was one of the major issues facing Europe in the early 20th century. Agrarian life in Europe (except perhaps with the exception of Britain) was incredibly common—in the early 1930s, over 9

(18.)

million Germans (almost a third of the work force) were still working in agriculture and many people not working in agriculture still had small allotments or otherwise grew their own food. Tooze estimates that just over half the German population in the 1930s was living in towns and villages with populations under 20,000 people. Many people in cities still had memories of rural-urban migration—Tooze thus explains that the Nazis obsessions with agrarianism were not an atavistic gloss on a modern industrial nation but a consequence of the fact that Nazism (as both an ideology and as a movement) was the product of a society still in economic transition.[146]

The Nazis obsession with food production was a consequence of the First World War. While Europe was able to avert famine with international imports, blockades brought the issue of food supply back into European politics, the Allied blockade of Germany in and after World War I did not cause an outright famine but chronic malnutrition did kill an estimated 600,000 people in Germany and Austria. The economic crises of the interwar period meant that most Germans had memories of acute hunger. Thus Tooze concludes that the Nazis obsession with acquiring land was not a case of "turning back the clock" but more a refusal to accept that the result of the distribution of land, resources and population, which had resulted from the imperialist wars of the 18th and 19th centuries, should be accepted as final. While the victors of the First World War had either suitable agricultural land to population ratios or large empires (or both), allowing them to declare the issue of living space closed, the Nazis, knowing Germany lacked either of these, refused to accept that Germany's place in the world was to be a medium-sized workshop dependent upon imported food.[147]

According to Goebbels, the conquest of *Lebensraum* was intended as an initial step[148] towards the final goal of Nazi ideology, which was the establishment of complete German global hegemony.[149] Rudolf Hess relayed to Walter Hewel

Hitler's belief that world peace could only be acquired "when one power, the racially best one, has attained uncontested supremacy". When this control would be achieved, this power could then set up for itself a world police and assure itself "the necessary living space. [...] The lower races will have to restrict themselves accordingly".[149]

**Racial theories**

In its racial categorisation, Nazism viewed what it called the Aryan race as the master race of the world—a race that was superior to all other races.[150] It viewed Aryans as being in racial conflict with a mixed race people, the Jews, whom the Nazis identified as a dangerous enemy of the Aryans. It also viewed a number of other peoples as dangerous to the well-being of the Aryan race. In order to preserve the perceived racial purity of the Aryan race, a set of race laws was introduced in 1935 which came to be known as the Nuremberg Laws. At first these laws only prevented sexual relations and marriages between Germans and Jews, but they were later extended to the "Gypsies, Negroes, and their bastard offspring", who were described by the Nazis as people of "alien blood".[151][152] Such relations between Aryans (cf. Aryan certificate) and non-Aryans were now punishable under the race laws as *Rassenschande* or "race defilement".[151] After the war began, the race defilement law was extended to include all foreigners (non-Germans).[153] At the bottom of the racial scale of non-Aryans were Jews, Romanis, Slavs[154] and blacks.[155] To maintain the "purity and strength" of the Aryan race, the Nazis eventually sought to exterminate Jews, Romani, Slavs and the physically and mentally disabled.[154][156] Other groups deemed "degenerate" and "asocial" who were not targeted for extermination, but were

(20.)

subjected to <u>exclusionary treatment</u> by the Nazi state, included <u>homosexuals, blacks,</u> <u>Jehovah's Witnesses</u> and political opponents.<u>[156]</u> One of Hitler's ambitions at the start of the war was to <u>exterminate, expel or enslave</u> most or all <u>Slavs</u> from <u>Central</u> and <u>Eastern Europe</u> in order to acquire <u>living space</u> for German settlers.<u>[157]</u>

(CONTESTING-CANDIDATE!! 12TH. DIST. ILL.DEM.)

RABBI K. GARTH RICHARDSON,

RABBI K. A. ISRAEL,

RABBI KOHEN COHEN KOHAIN GADOL,

 P.O. BOX 1223, ALORTON,

ILL., 62207

(CONTESTING-CANDIDATE!! 12TH. DIST. ILL.DEM.)

 05/02/2021. 08/16/2021

AUTHOR'S-SIGNATURE:

SIGNATURE NOTARY PUBLIC,

Signed by Keith G. Richardson
in my presence this 5th day of
October, 2021, in St Clair County, IL.

PAGE (21.)

MARY B HOLLOWAY
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 22, 2025

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN

# DISTRICT OF ILLINOIS,

# 750 MISSOURI AVENUE,

# EAST ST. LOUIS, ILL., 62201

21-12255-JPG

## CERTIFCATE OF SERVICE!!!

**(CONTESTING-CANDIDATE!! 12TH. DIST. ILL.DEM.))**

**RABBI K. GARTH RICHARDSON, )**

**RABBI K. A. ISRAEL, )**

**RABBI KOHEN COHEN**

**COHAIN GADOL, )**

**P.O. BOX 1223, ALORTON, ILL., 62207, (618) 920-1348,     05/02/2021     )
(CONTESTING-CANDIDAT12TH.   DIST. ILL.DEM.)
_____PLAINTIFF VERSUS, )**

**NAZIISM IN AMERICA,**

**UNITED STATES DISTRICT COURT**

**(FOR THE SOUTHERN DISTRICT OF ILL.,)**

**750 MISSOURI AVENUE, )**

**EAST ST. LOUIS,ILL., 62201**

**ATTORNEY GENERAL MERRICK GARLAND, )**

**U.S.D.O.J. HDQTRS., 950 PENNSYLVANIA AVENUE, N.W., )** WASH.,D.C.,
**20510__$$1,500,000.00_RESTITUTION SOUGHT!!! __(DEFENDANTS)___**
**(1.) VIOLATIONS OF LAW COMMITTED BY THE COURT, AND**

**(1.)) CERTIFICATE OF SERVICE!!!**

1.

# CIVIL DOCKETING STATEMENT, CERTIFICATE OF SERVICE, PROOF OF SERVICE, AND NOTICE OF COMPLAINT AND NOTICE OF BRIEF!!

## RABBI K. GARTH RICHARDSON, UNDER PENALTIES

AS PROVIDED BY LAW PURSUANT TO ss1-109 OF THE

CODE OF CIVIL PROCEDURE (735 ILCS 5/1-109),

CERTIFIES THAT THE STATEMENTS SET FORTH IN

THIS INSTRUMENT, AND THESE INSTRUMENTS ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS (1.)

HEREIN STATED TO BE ON INFORMATION AND BELIEF

AND AS TO SUCH MATTERS THE UNDERSIGNED

CERTIFIES AS AFORESAID THAT HE VERILY BELIEVES

THE SAME TO BE TRUE AND THAT HE SERVED

COPIES OF THE FOREGOING, ON:

ATTORNEY GENERAL MERRICK GARLAND

U.S.D.O.J. HDQTRS.,

950 PENNSYLVANIA AVENUE, N.W., WASHINGTON, D.C., 20510_

_Department of Justice Main Switchboard: 202-514-2000


CERTIFICATE OF SERVICE, UPON:

ATTORNEY GENERAL MERRICK GARLAND

U.S.D.O.J. HDQTRS.,

950 PENNSYLVANIA AVENUE, N.W., WASHINGTON, D.C., 20510_

• Department of Justice Main Switchboard: 202-514-2000



BY PLACING A COPY OF THE SAME IN A CORRECTLY

ADDRESSED, PREPAID ENVELOPE TO BE DEPOSITED

IN THE UNITED STATES ,MAIL IN ALORTON, ILLINOIS,

ON OCTOBER 05, 2021!!!

RABBI K. GARTH RICHARDSON,

RABBI K. A. ISRAEL,

RABBI KOHEN COEN KOHAINE COHAINE GADOL,

P.O. BOX 1223,

ALORTON, ILLINOIS, 62207-2517

(3.)  CEERTIFY/NOTARIZE-IDENTITY;

AUTHOR'S-SIGNATURE:

KEITH G.Richardson ;

SIGNATURE NOTARY PUBLIC,

Signed by Keith G Richardson    PAGE  (3.)

in my presence this 5th day of October,

2021, in St Clair County, Illinois.

MARY B HOLLOWAY
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 22, 2025
NOTARY PUBLIC STATE OF ILLINOIS